# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

TATE DAVID PROWS (Petitioner) and Next Friend,

In Behalf of KURT BENSHOOF

**WRIT OF HABEAS CORPUS PURSUANT TO:**

**28 U.S. Code Section 2254- State custody; remedies in Federal courts**

**And 28 U.S. Code Section 2242- Application**



Tate D. Prows

225 W Chestnut St.

Oxford, Ohio 45056

Tatemo22@yahoo.com

513-460-2078

# INTRODUCTION

I, Tate Prows, next friend to Kurt Benshoof, ask this Honorable Court to grant this Writ of Habeas Corpus pursuant to 28 USC Section 2242 and 28 USC Section 2254. Prisoner Kurt Benshoof (Kurt), home address of 1716 N. 130th St, Seattle, WA 98133, is last known to be incarcerated in King County Superior of Seattle WA, for charges within the Seattle Municipal Court. He is being held at King County Correctional Facility, located at 500 5th Avenue, Seattle; housed at 9 South Lower B General Population. Kurt also has charges pending in King County Superior Court. I make this petition under the above Federal Codes as well as RCW 7.36.030.

I ask this Honorable Court to take Kurt into federal custody so that he be permitted the resources needed to defend himself. As of now, Kurt is being denied pen and paper, nullifying his ability to write a writ himself. The Seattle Court system has proven itself to be a violator of basic constitutional rights, doing so under the misapplication of Administrative Law. Indeed, the Seattle Municipal Court system cannot conjure away basic Due Process Rights in their administrative tribunals. *Securities and Exchange Commission v. Jarkesy S.Ct. (2024).*

In these Family Courts, Kurt properly argued that the court did not have statutory jurisdiction [because Kurt was never married to his son's mother pursuant to marriage as defined by RCW Chapter 26.04; nor was Kurt ever in a domestic partnership under RCW 26.60.030 (noting that at least one of the persons in a

1

domestic partnership must be sixty-two years of age of older.)]. The Kangaroo Family Court ignored these valid arguments and proceeded without jurisdiction.

The facts concerning Kurt's incarceration are labyrinthine. Summarizing as best possible, Kurt is a victim of the misapplication and maladministration of Administrative Law, as well as the turning a blind eye by many Judges. Kurt was essentially arrested for refusing to wear a face mask while shopping, during the "Covid" 19 "pandemic." This arrest of Kurt led to a bitter and contentious legal battle within the Administrative Family Courts of Seattle. In these family courts, Kurt properly argued that the court did not have statutory jurisdiction; therefore, depriving this Kangaroo Administrative Court of both Subject Matter Jurisdiction and Personal Jurisdiction. As this Kangaroo Administrative Court sees itself a hammer, and every citizen that steps foot within its doors a nail, Kurt was steamrolled, and his valid arguments fell upon the deafest of ears.

Kurt began filing lawsuits in both Washington State Courts and Federal Courts. These lawsuits including every citizen and natural person that Kurt believed to have violated his parental and unalienable, constitutional rights, including lawyers and judges. To say that feathers have been ruffled would be the understatement of the year. Kurt's actions gave rise to a comical display of judicial retaliation, culminating in trumped up charges, restraining orders, and SWAT team home invasion; all these actions coming from the Kangaroo Administrative Court that was

2

then and is now bereft of Subject Matter Jurisdiction and Personal Jurisdiction. It appears this Kangaroo Court and Administrative Law Judge has set an astronomical bail of $750,000.00 for various trumped-up charges.

The docket records for King County show the bail being an absurdly high sum of $25,000.00 per case, in reference to a non-violent charge for allegedly violating 10 TRO's (all TRO's coming from Kangaroo Administrative Court), totaling $250,000.00. These bail numbers coming from a civil case over parenting rights. Kurt was arrested earlier this month after a SWAT team fired gas canisters through his window, destroying Kurt's home. I, as well as many friends of Kurt, have made numerous petitions to the Kangaroo Court seeking the information, and the judge signed search warrant, to no avail. There are very strange records now showing up on the Kangaroo Court website, showing that warrants were issued **SEVERAL DAYS AFTER KURT'S ARREST!** I believe the Kangaroo Court is doctoring and backfilling the record in an attempt to hide its outrageous lawlessness.

Kurt has reported that he is not being permitted to access pen and paper, nullifying his ability to write his own habeas petition. Kurt is having his rights violated by the City of Seattle in nearly every way imaginable and it appears no Judge has the integrity to do a damn thing about it. Truly shameful displays of turning a blind eye to a citizen of the United States of America, a citizen with

3

unalienable, God granted rights that most certainly supersede the edicts of a Kangaroo Administrative Court.

### Reasons for not making application to the District Court of the District in which Kurt is held

The Western District of Washington would be the venue in which this habeas petition would typically be filed. This cannot be done as the judges there seem to be just as corrupt and just as inept as the black robed rights violators in the Kangaroo Administrative Court. Nor could this petition be brought to the Kangaroo Administrative Court as they have already proven incapable of following the most basic requirement of due process, namely ensuring the court has Subject Matter Jurisdiction and Personal Jurisdiction over Kurt. These circumstances render such process ineffective in protecting Kurt's rights, as his rights clearly mean nothing to those administering injustice within the Kangaroo Administrative Court.

Kurt's friend, and my good friend, Benjamin Blanchard, recently filed a habeas petition of his own. Benjamin filed his petition in the Federal Court in Tacoma, in an effort to find fairness. However, that Court assigned Judge Jamal N. Whitehead to rule on Benjamin's habeas petition. The absurdity of this decision cannot be overstated. "The Honorable," Judge Whitehead has already ruled against Kurt on several occasions, denying Kurt's pleas for injunctive relief from the malicious prosecution of the City of Seattle. These requests being denied. Kurt recently had a SWAT team break out the windows of his home and administer tear

4

gas in an effort to arrest him over these exaggerated charges; charges all stemming from a Kangaroo Administrative Court without any jurisdiction.

These actions alone, not ruling in Kurt's favor, would not disqualify Judge Whitehead. However, "The Honorable" Whitehead, in one of Kurt's more recent Federal lawsuits, **administratively** ordered the Clerk not to issue summons for Kurt's complaint. The court Clerk is **required** to issue properly completed summons under FRCP 4(b). These lawless, **administrative actions** by "The Honorable" Whitehead, led to Kurt filing a 42 USC Section 1983 lawsuit against Whitehead, in his individual capacity, for the multitude of civil rights violations that Whitehead committed against Kurt. The law goes farther than requiring an impartial judge so as to satisfy due process right to fair trial; it also requires that the judge appear to be impartial. U.S.C.A. Const. Amdend. 14; West's RCWA Const. Art. 1 Section 22. *In re Swenson, 158 Wash. App. 812, 244 P.2d 959 (2010).*

"A fair trial in a fair tribunal is a basic requirement of due process. Fairness of course requires an absence of actual bias in the trial of cases... Such a stringent rule may sometimes bar trial judges who have no actual bias and who would do their very best to weigh the scales of justice equally between contending parties. But to perform its high function in the best way 'justice must satisfy the appearance of justice.'" *Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 In re Murchison, 349 U.S. 133, 136, 75 S.Ct. 623, 625, 99 L.Ed. 942 (1955).*

5

"Recusal of judge for judge's alleged personal bias was not warranted by fact that in previous case Court of Appeals reversed judge' sanction order…but instead to preserve appearance of justice in what had become a complicated and acrimonious case." 28 U.S.C.A. Sections 144, 455. *Yagman v. Republic Ins., 987 F.2d 622 (9th Cir. 1993).*

## CONCLUSION

I do not know whether to laugh or cry when seeing the miscarriage of justice and wanton criminality in Seattle's Courts. Perhaps the people of Seattle would have been better off with the Democratic People's Republic of CHAZ. What has happened and continues to happen to my friend, Kurt Benshoof, is an abomination. Perhaps Judges don't want to see their Kangaroo Administrative Law Courts, in which they sit aloft and above the people, come to an end. Many Kangaroo Judges see the Administrative Family Court that they rule over as a cash cow. Perhaps it's as simple as many judges being just as dumbed down as the rest of the people. Well, we the people are awakening from our decades long slumber, and we can clearly see that Administrative Law, through Administrative Courts and Procedures are misapplying statutes and violating people's unalienable rights under color of law. This is exactly what is happening to Kurt Benshoof and this Honorable Court should have him transferred to federal custody so that he can properly write his own defense with pen and paper.

6

Submitted this 16th day of July 2024

*[signature]*

Tate Prows
225 W. Chestnut St
Oxford, OH 45056
Tatemo22@yahoo.com
(513) 460-2078

State of Ohio
County of Butler

Sworn to (or affirmed) and subscribed before me by means of __✓__ physical presence or ____ online notarization, this __16th__ day of __July__, 2024 by Tate Prows, who is ____ personally known to me or __✓__ produced a driver's license as identification, regarding the attached instrument described as: Writ of Habeas Corpus for Kurt Benshoof and whose signature this notarization applies.

*[signature: Jill A Hundley]*
Notary public signature

*[signature: Jill A. Hundley]*
Notary public printed name

Jill A. Hundley
Notary Public, State of Ohio
My Commission Expires:
January 12, 2027

*[signature]*
Notarized signature of Tate David Prows

7







